1 Mar 2010

Dear Clerk of Court:

09cv2989 JZ

I would like to put on the record that upon receipt of this letter my address will no longer be Mario Hardaway A577-069 Box 1812, Marion, Ohio 43301. It will then be Mario Hardaway 7504 Herman Ave, Cleveland, Ohio 44102. Please send any further correspondence for case number 3:09 CV 2989 to the Cleveland address. I would like to thank you in advance for this action.

Sincerely,
Mario Hardaway



FILED
2010 MAR -3 PM 3: 50
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO