USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

JUDGE ZOUHARY

| PLAINTIFF<br>MARIO HARDAWAY | COURT CASE NUMBER<br>3:09CV02989 |
|---|---|
| DEFENDANT<br>JEFFERY FREEMAN et.al | TYPE OF PROCESS<br>summons and complaint |

RECEIVED
DEPT. OF JUSTICE

UNITED STATES MARSHAL
NORTHERN DISTRICT OHIO
TOLEDO, OHIO

MAR 22 P 3:58

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
JEFFERY FREEMAN
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
51 NORTH HIGH STREET, COLUMBUS, OH 43215

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

MARIO HARDAWAY, A#577-069
NORTH CENTRAL CORRECTIONAL INSTITUTION
PO BOX 1812, 670 MARION-WILLIAMSPORT RD.
MARION, OH 43215

| Number of process to be served with this Form 285 | 2 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
TELEPHONE NUMBER: 740-387-7040
DATE: 12-18-09

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>2 | District of Origin<br>No. 60 | District to Serve<br>No. 60 | Signature of Authorized USMS Deputy or Clerk | Date<br>3/22/10 |

[ ] I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[X] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)
Date: 3/31/10   Time: 12:00 [X] pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* (Amount of Refund*) |
| — | — | — | — | — | $0.00 |

REMARKS: Cert. mail - returned undelivered

FILED 10 MAR 31 PM 2:55 CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF OHIO TOLEDO

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here: 3/23

Sent To: Jeffery Freeman
Street, Apt. No.; or PO Box No.: 51 North High St
City, State, ZIP+4: Columbus, OH 43215

PS Form 3800, June 2002          See Reverse for Instructions

